Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Richmond Division

Bria Capnew-Rapier Burk )
_Plaintiff(s)_ )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )

Case No. 3:21cv403
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   ☐ Yes   ☐ No

Virginia Commonwealth University employee Alaina H. Campbell )
Virginia Commonwealth University employee Danielle Hairston )
_Defendant(s)_ )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name  
   Street Address  
   City and County  
   State and Zip Code  
   Telephone Number  
   E-mail Address  

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Bria C. Burr
   Address: P.O. Box 4760
   Richmond, VA 23220
   County:
   Telephone Number: 757 3740561
   E-Mail Address: BRIACRBURR@gmail.com

  B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   See attachment

   Defendant No. 1
   Name: Akima H. Campbell (individual)
   Job or Title (if known): Virginia Commonwealth University employee
   Address (work): 828 W. Franklin Street
   Richmond, VA 23220
   County (work): N/A
   Telephone Number: 804 8281674
   E-Mail Address (if known): ACAMPBELL@vcu.edu
   [X] Individual capacity  [X] Official capacity

   Defendant No. 2
   Name (work): Danielle N. Hairston (individual)
   Job or Title (if known): Virginia Commonwealth University employee
   Address: 828 W. Franklin Street
   Richmond, VA 23220
   County (work): N/A
   Telephone Number (work): 804 8281674
   E-Mail Address (if known): DNHAIRSTON@vcu.edu
   [ ] Individual capacity  [X] Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

        *City*    *State*    *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

        *City*    *State*    *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☐ State or local officials (a § 1983 claim)

N/A — Defendant No. 1 & No. 2 are not state/local or federal officials

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**  See attachment

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

See attachment

B. What date and approximate time did the events giving rise to your claim(s) occur?

See attachment

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attachment

Case 3:21-cv-00403-MHL   Document 1   Filed 06/22/21   Page 6 of 8 PageID# 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/21/2021

Signature of Plaintiff

Printed Name of Plaintiff: Rena G. Bull

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

N/A

City  State  Zip Code

Telephone Number
E-mail Address

I. The Parties to this complaint

    A. The Defendants

        Defendant No. 1
        Alaina H. Campbell
        Address
        613 N 31st Street Richmond, VA 23223

        Phone number
        804-615-7524

        Defendant No. 2
        Danielle Hairston
        Address
        1321 ½ E. Main Street #304 Richmond, VA 23219
        84 Summit View Drive Martinsville, VA 24112

        Phone number
        804-308-1425/ 276-352-8610/ 540-819-5896

II. Statement of Claim

    A. Violation of the Equal Pay Act and unlawful sex discrimination against Bria Corprew-Royster Burr took place at Virginia Commonwealth University and wrongful termination occurred on June 21, 2019.

    B. On June 21, 2019 I, Bria Corprew-Royster Burr, was asked by Alaina H. Campbell through email communication to email address corprewroysb@vcu.edu to meet her and Danielle Hairston in a conference room in the VCU Blanton House at 10:30am. I was told by Alaina H. Campbell that she felt working as an academic advisor was "not a good fit for me" and my "position was being terminated".

    C. On June 21, 2019 Danielle Hairston was in the room where I was directed to go to meet with Alaina H. Campbell at the VCU Blanton House. Danielle Hairston witnessed Alaina H. Campbell presenting me with a letter of termination and then advising me to file for unemployment. I returned to my office after meeting with Danielle Hairston and Alaina H. Campbell at the VCU Blanton House to finish meeting with students with scheduled academic advising appointments through Student Success Collaborative/Navigate. I

emailed the students with scheduled appointments for the day and informed them that I would not be able to meet with them for their advising appointments and recommended they reschedule with another academic advisor in the Biology department. I emailed the VCU omsbudman representative to inform them of the wrongful termination decision made by Alaina H. Campbell.

IV. N/A

V. Relief

1. I want the electronic termination code under my name removed from VCU human resources records and VCU eservices.

2. I want back pay based on the salary I was earning as a Biology Academic Adviser while employed by Virginia Commonwealth University from the date of June 22, 2019-present.

3. Additionally, I am requesting punitive damages in the amount of $30,000. This amount is due to having to pay for childcare/holding a space on the waitlist while job searching ($3000) and approximately $1000 per month that I have had to charge on my credit card for daily living expenses.

4. I want to be reimbursed for attorney fees in the amount of $140.00 and case filing fees in the amount of $402.00.

4. I want to be considered for and accept employment (accepting a salary no less than $68,000) at Virginia Commonwealth University without retaliation, discrimination and/or intimidation from VCU employees. I am seeking these measures of relief as a result of wrongful termination due to discrimination.